# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2023

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  **United States
             v. Helaman Hansen
             No. 22-179 (Your docket No. 17-10548)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                    Sincerely,

                                    SCOTT S. HARRIS, Clerk

                                    By

*[signature]*
M. Altner
Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2023

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Ms. Carolyn Mary Wiggin, Esq.
Office of the Federal Defender, E. D. Cal.
801 "I" Street
Third Floor
Sacramento, CA 95814

      Re:  United States
            v. Helaman Hansen
           No. 22-179

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

The petitioner is given recovery of costs in this Court as follows:

**Printing of joint appendix:**    $1,242.90

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*
M. Altner
Assistant Clerk– Judgments

cc:  Clerk, 9th Cir.
      (Your docket No. 17-10548)

# Supreme Court of the United States

No. 22–179

**UNITED STATES,**

Petitioners

v.

**HELAMAN HANSEN**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, United States, recover from Helaman Hansen, One Thousand Two Hundred Forty-two Dollars and Thirty Cents ($1,242.90) for costs herein expended.

June 23, 2023

**Printing of joint appendix:**     $1,242.90

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States